IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *As Trustee for the Registered Holder of Soundview Home Loan Trust 2006-NLC1 Asset-Backed Certificates, Series 2006-NLC1*,<br><br>       Plaintiff,<br><br>vs.<br><br>THOMAS A. KING and PAULA KING,<br><br>       Defendants. | Case No. 10-cv-331-JPG-DGW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Deutsche Bank National Trust Company's motion for order to approve report of sale and distribution and for possession (Doc. 44). The Court hereby **GRANTS** the motion (Doc. 44). The premises which are the subject of the matter captioned above and described as:

THE SOUTH 90 FEET OF LOTS 14 AND 15 IN BLOCK 8 IN METCALFE PLACE ADDITION TO EDWARDSVILLE, ACCORDING TO THE PLAT THEREOF RECORDED IN THE RECORDER`S OFFICE OF MADISON COUNTY, ILLINOIS IN PLAT BOOK 6 PAGE 1.

EXCEPT COAL, GAS AND OTHER MINERAL RIGHTS CONVEYED, EXCEPTED OR RESERVED IN PRIOR CONVEYANCES.
Commonly known as 603 Hancock St., Edwardsville, IL 62025
Property Index No. 14-2-15-12-17-302-004

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

- That the real property that is the subject matter of the instant proceeding is a single family residence;

- That all notices required by 735 ILCS 5/15-1507(c) were given;

- That said sale was fairly and properly made;

- That the U.S Marshal has in every respect proceeded in accordance with the terms of this Court's Judgment; and

- That justice was done.

IT IS THEREFORE ORDERED:

- That the sale of the premises involved herein and the Report of Sale and Distribution filed by the U.S. Marshal are hereby approved, ratified, and confirmed;

- That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

- That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

- That Plaintiff is not granted a deficiency judgment;

- 735 ILCS 5/9-117 is not applicable in this order entered pursuant to Article 15 (IMFL).

- That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

Deutsche Bank National Trust Company, As Trustee for Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409

877-596-8580

IT IS FURTHER ORDERED:

- That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provisioned in 735 ILCS 5/15-1701;
- That the Sheriff of Madison County is directed to evict and dispossess Thomas A. King and Paula King from the premises commonly known as 603 Hancock St., Edwardsville, IL 62025.
- The Sheriff cannot evict until 30 days after the entry of this order.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

**IT IS SO ORDERED.**

**DATED:**  June 25, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
